# United States District Court
# For The Western District of North Carolina
# Statesville Division

THALMUS JATON LINDER,

      Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                          CASE NO. 5:12CV135-2-V

USA,

      Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 24, 2012, Order.

                                      Signed: October 24, 2012

                                      Frank G. Johns, Clerk
                                      United States District Court